UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br>　　　　Plaintiff,<br>　　v.<br>STATE OF CALIFORNIA, et al.,<br>　　　　Defendants. | Case No. 4:18-cv-00657-KAW<br><br>**ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 2, 5 |

On February 8, 2018, the Court denied Plaintiff's application to proceed *in forma pauperis* ("IFP") on the grounds that Plaintiff did fully answered question number 2(d), which pertained to pensions, annuities or life insurance payments. (Dkt. No. 5) Specifically, Plaintiff was ordered to explain the source of his business income beyond stating "self." Plaintiff was ordered to file an amended IFP application that by February 28, 2018 or pay the filing fee. To date, Plaintiff has not filed an amended IFP application or paid the filing fee.

Accordingly, Plaintiff is ordered, on or before **March 28, 2018,** to 1) file an amended IFP application or pay the filing fee, and 2) respond to this order to show cause by explaining why he did not comply with the February 28, 2018 deadline. These documents should be filed separately. Failure to complete both tasks by March 28, 2018 may result in this case being reassigned to a district judge with the recommendation that the action be dismissed without prejudice.

///

///

///

///

///

Additionally, the May 1, 2018 case management conference is continued to July 10, 2018 at 1:30 p.m. at 1301 Clay Street, Oakland, California. The case management conference statements are due on or before July 3, 2018.

IT IS SO ORDERED.

Dated: March 12, 2018

KANDIS A. WESTMORE
United States Magistrate Judge