UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, et al.,<br>Defendants. | Case No. 4:18-cv-00657-KAW<br>**SECOND ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 7 |

On February 8, 2018, the Court denied Plaintiff's application to proceed *in forma pauperis* ("IFP") on the grounds that Plaintiff did not fully answer question number 2(d), which pertained to pensions, annuities or life insurance payments. (Dkt. No. 5) Specifically, Plaintiff was ordered to explain the source of his business income beyond stating "self." Plaintiff was ordered to file an amended IFP application by February 28, 2018 or pay the filing fee. Plaintiff did not file an amended IFP application or pay the filing fee.

On March 12, 2018, the undersigned issued an order to show cause directing Plaintiff to file an amended IFP application or pay the filing fee and respond to the order to show cause to explain why he did not comply with the February 28, 2018 deadline. (Dkt. No. 7.) Plaintiff was advised that the failure to file both documents by March 28, 2018 may result in the case being reassigned to a district judge with the recommendation that it be dismissed without prejudice. *Id.* To date, Plaintiff has not filed these or any other documents with the Court.

Accordingly, Plaintiff is ordered, on or before **April 30, 2018,** to 1) file an amended IFP application or pay the filing fee, and 2) respond to this order to show cause by explaining why he failed to comply with both the February 28, 2018 and March 28, 2018 deadlines. These documents should be filed separately. Failure to complete both tasks by April 30, 2018 will result

in this case being reassigned to a district judge with the recommendation that the action be dismissed without prejudice.

IT IS SO ORDERED.

Dated: April 6, 2018

KANDIS A. WESTMORE
United States Magistrate Judge